# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-7542 DSF (AJWx) | Date | 4/10/17 |
| Title | City of Los Angeles et al v. Cellco Partnership | | |

Present: The Honorable **DALE S. FISCHER, United States District Judge**

| Anel Huerta | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Eric J. Buescher<br>Neda L. Lotfi | Matthew S. Rosengart |

**Proceedings:**     Motion to Remand (Dkt. 24)


    The matter is called and counsel state their appearances. The Court hears oral argument.  The matter is under submission and a written ruling will issue.